Prob 12B
(7/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 MAY 30  PM 2: 44

OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT

for the

### District of Nebraska

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Corey Shelton            **Docket Number:** 8:94CR94

**Sentencing Judge:** Honorable Lyle E. Strom

**Date of Original Sentence:** November 21, 1995

**Original Offense:** Conspiracy to Distribute and Possession With Intent to Distribute Cocaine

**Original Sentence:** 30 months incarceration; 5 years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** March 21, 2005

---

### PETITIONING THE COURT

___   To extend the term of supervision for _____, for a total term of _____.

 X    To modify the conditions of supervision as follows:

The defendant shall enter and participate in a community confinement program, in the community correction's component with work release for a period of 120 days or until discharged by the United States Probation Office pursuant to 18 U.S.S.G. 3563(b)(11).

### CAUSE

Mr. Shelton has had problems maintaining employment and residence for the last six months. It is believed that placement at CH Inc, will provide him with the structure he needs to reestablish himself in the community. Mr. Shelton believes this plan will provide him with the tools needed to be successful.

Respectfully submitted,

*/s/ Michael W. Tolley*
Michael W. Tolley, Senior
U.S. Probation Officer

Reviewed by,

*/s/ John A. Hill*
John A. Hill, Supervising
U.S. Probation Officer

Shelton, Corey
**Request for Modifying the Conditions**
May 24, 2006

THE COURT ORDERS

___   No Action

___   The Extension of Supervision as noted above

✓   The Modification of Conditions as noted above

___   Other

_____
Lyle E. Strom
Senior U.S. District Judge

_____5/30/06_____
Date

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

The defendant shall enter and participate in a community confinement program, in the community correction's component with work release for a period of 120 days or until discharged by the United States Probation Office pursuant to 18 U.S.S.G. 3563(b)(11).

Witness: _/s/ Michael W. Tolley_
Michael W. Tolley
U.S. Probation Officer

Signed: _/s/ Corey Shelton_
Corey Shelton
Offender

Date: May 24, 2006